---

**J & J SPORTS PRODUCTIONS, INC.**, as Broadcast Licensee of the **May 1, 2010, Mayweather/Mosley** Broadcast,

                Plaintiff,

-against-

JOHN MICHAEL ROBB, Individually, and MIKES HOLE IN THE WALL,

                Defendants.

**CONSENT JUDGMENT**

Civil Action No. 1:12-cv-00042

---

Plaintiff, J&J Sports Productions, Inc., by their attorneys, LONSTEIN LAW OFFICE, P.C., Julie Cohen Lonstein, and Defendants, by their attorney, Buddy B. Presley, Jr., hereby agree to the entry of judgment in favor of Plaintiff and against Defendants, JOHN MICHAEL ROBB, Individually, and d/b/a MIKES HOLE IN THE WALL and JPM RESTAURANT, LLC, d/b/a MIKES HOLE IN THE WALL, for the sum of TWELVE THOUSAND ($12,000.00) DOLLARS, in accordance with the Settlement Agreement by John Michael Robb, executed on November __, 2012, for Defendants' unauthorized showing of the May 1, 2010, Mayweather/Mosley Broadcast within the commercial establishment location known as Mikes Hole in the Wall at 538 Cherokee Blvd., Chattanooga TN 37405 in violation of 47 U.S.C. §605, et seq.

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. | JPM RESTAURANT, LLC<br>d/b/a MIKES HOLE IN THE WALL |
| Julie Cohen Lonstein<br>Julie Cohen Lonstein, Esq. | Buddy B. Presley, Jr.<br>Buddy B. Presley, Jr., Esq. |

-1-

Attorney for Plaintiff
LONSTEIN LAW OFFICE, P.C.
Office and P.O. Address
80 North Main St., P.O. Box 351
Ellenville, NY 12428
Telephone: (845) 647-8500
Facsimile: (845) 647-6277
Email: Legal@signallaw.com

Attorney for Defendants
Presley Law Firm
1384 Gunbarrel Road, Suite B
Chattanooga, TN 37421
Telephone: (423)826-1800
Facsimile: (423)826-1837
Email: bpresley@presleylawfirm.com

s/ *Susan K. Lee*
HON. SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE