UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
SOUTHERN DIVISION

---

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 1, 2010, Mayweather/Mosley** Broadcast,

                    Plaintiff,

-against-

JOHN MICHAEL ROBB, Individually, and MIKES HOLE IN THE WALL,

                    Defendants.

---

**CONSENT JUDGMENT**

Civil Action No. 1:12-cv-00042

Plaintiff, J&J Sports Productions, Inc., by their attorneys, LONSTEIN LAW OFFICE, P.C., Julie Cohen Lonstein, and Defendants, by their attorney, Buddy B. Presley, Jr., hereby agree to the entry of judgment in favor of Plaintiff and against Defendants, JOHN MICHAEL ROBB, Individually, and d/b/a MIKES HOLE IN THE WALL and JPM RESTAURANT, LLC, d/b/a MIKES HOLE IN THE WALL, for the sum of TWELVE THOUSAND ($12,000.00) DOLLARS, in accordance with the Settlement Agreement by John Michael Robb, executed on November , 2012, for Defendants' unauthorized showing of the May 1, 2010, Mayweather/Mosley Broadcast within the commercial establishment location known as Mikes Hole in the Wall at 538 Cherokee Blvd., Chattanooga TN 37405 in violation of 47 U.S.C. §605, et seq.

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC. | JPM RESTAURANT, LLC<br>d/b/a MIKES HOLE IN THE WALL |
| <u>Julie Cohen Lonstein</u><br>Julie Cohen Lonstein, Esq. | <u>Buddy B. Presley, Jr.</u><br>Buddy B. Presley, Jr., Esq. |

-1-

Case 1:12-cv-00042-SKL   Document 26   Filed 12/03/12   Page 1 of 2   PageID #: 111

| | |
|---|---|
| Attorney for Plaintiff<br>LONSTEIN LAW OFFICE, P.C.<br>Office and P.O. Address<br>80 North Main St., P.O. Box 351<br>Ellenville, NY  12428<br>Telephone:  (845) 647-8500<br>Facsimile:   (845) 647-6277<br>Email: Legal@signallaw.com | Attorney for Defendants<br>Presley Law Firm<br>1384 Gunbarrel Road, Suite B<br>Chattanooga, TN 37421<br>Telephone: (423)826-1800<br>Facsimile: (423)826-1837<br>Email: bpresley@presleylawfirm.com |

                                        s/    *Susan K. Lee*
                                  HON. SUSAN K. LEE
                        UNITED STATES MAGISTRATE JUDGE